STATE of Missouri, Plaintiff/Respondent,

v.

Hilary DURHAM, Defendant/Appellant.

Hilary DURHAM, Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 61185, 62654.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 1, 1994.

S. Paige Canfield, Emily Blood, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

In a jury-tried case, defendant was convicted of two counts of first degree robbery in violation of § 569.020, RSMo 1986, and one count of first degree burglary in violation of § 569.160, RSMo 1986. He appeals the judgments entered on those convictions. He also appeals the denial of his post-conviction motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).